UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

JAMES HAMILTON                          DOCKET NO. 2:25-cv-01000
     REG. # 49588-044                        SECTION P

VERSUS                                  JUDGE JAMES D. CAIN, JR.

WARDEN                                  MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 25th day of February, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE